(Official Form 1) (9/97) FORM B1

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>TOM P. KANIEWSKI | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>BEATA D. KANIEWSKI |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(Include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(Include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./ Complete EIN or other Tax I.D. No. (if more than one, state all):<br>***-**-3709 | Last four digits of Soc. Sec. No./ Complete EIN or other Tax I.D. No. (if more than one, state all):<br>***-**-3705 |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>800 S. WELLS, UNIT 1352<br>CHICAGO, IL 60607 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code):<br>800 S. WELLS, UNIT 1352<br>CHICAGO, IL 60607 |
| County of Residence or of the<br>Principal Place of Business: COOK | County of Residence or of the<br>Principal Place of Business: COOK |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (If different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X]  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code under Which the Petition is Filed** (Check one box) |
|---|---|
| [X] Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other_____ | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>[X] Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>☐ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. ? 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. ? 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐  Debtor estimates that funds will be available for distribution to unsecured creditors.

☐  Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | [X] | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | [X] | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | [X] | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1) (9/97)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): | FORM B1, Page 2 |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Donald H. Segel
Printed Name of Attorney for Debtor(s)

SEGEL & SIEGEL
Firm Name

200 North LaSalle Street, Suite 2675
Chicago,            IL     60601
Address

(312) 236-7555
Telephone Number

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. ? 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. ? 110; 18 U.S.C. ? 156.

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____          _____
Signature of Attorney for Debtor(s)                Date

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A — Real Property | Y | 1 | $200,000.00 | | |
| B — Personal Property | Y | 5 | $14,622.27 | | |
| C — Property Claimed as Exempt | Y | 2 | | | |
| D — Creditors Holding Secured Claims | Y | 1 | | $286,131.00 | |
| E — Creditors Holding Unsecured Priority Claims | Y | 1 | | $0.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Y | 5 | | $86,999.28 | |
| G — Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H — Codebtors | Y | 1 | | | |
| I — Current Income of Individual Debtor(s) | Y | 1 | | | $3,115.20 |
| J — Current Expenditures of Individual Debtor(s) | Y | 1 | | | $5,050.00 |
| Total Number of Sheets of ALL Schedules ➔ | | 19 | | | |
| Total Assets ➔ | | | $214,622.27 | | |
| Total Liabilities ➔ | | | | $371,995.28 | |

Copyright © 1996 Best Case Solutions, Inc. - Evanston, IL - 800-492-8037

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date_____          Signature_____

                                                Debtor

Date_____          Signature_____

                                                Joint Debtor
                                        *[If joint case, both spouses must sign.]*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the _____partnership/corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date_____          Signature_____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# SCHEDULE A — REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 800 S. WELLS, UNIT 1352 CHICAGO, IL 60607 | | J | Approximately $200,000.00 | $200,000.00 |

Total ➤
(Report also on Summary of Schedules)    $200,000.00

Best CaseBankruptcy
Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
　　　　　　　　　Debtor

# SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | LESS THAN $300.00 | J | $300.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | LESS THAN $300.00; LASALLE BANK | J | $150.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | USED HOUSEHOLD GOODS | J | $400.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | USED ARTICLES OF CLOTHING | J | $100.00 |

$950.00
Sub-Total>
(Total of this page)

_____continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                        Debtor

# SCHEDULE B — PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                                                    0.00
                                                    Sub-Total>
                                                    (Total of this page)

Sheet_2_of_____ continuation sheets attached
to the Schedule of Real Property

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                              Debtor

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 15. | Accounts receivable. | X | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                                            0.00
                                                    Sub-Total>
                                                    (Total of this page)

Sheet___3_of_____ continuation sheets attached
to the Schedule of Real Property

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Case No._____

In re_____ KANIEWSKI, TOM & BEATA _____ ,
                            Debtor

# SCHEDULE B — PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Mitsubishi automobile | Wife | Current Balance: $13,672.27 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total>$13,672.27
(Total of this page)

Sheet_4_of___ continuation sheets attached
to the Schedule of Real Property

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                              Debtor

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_____0.00_____
Sub-Total>
(Total of this page)

Sheet _5_ of _____ continuation sheets attached
to the Schedule of Real Property

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

# SCHEDULE C — PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

■☐  11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■☐  11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Debtor's Exemptions** | | | |
| Various used household goods | | | $400.00 |
| Various used articles of clothing | | | $100.00 |
| 800 S. WELLS, UNIT 1352 CHICAGO, IL 60607 (residence) | Homestead exemption 735-5/12-901, 735-5/12-906 | | $200,000.00 |

_____ continuation sheets attached to Schedule of Property Claimed as Exempt

Best Case Bankruptcy
Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

## SCHEDULE C — PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|

**_Spouse's Exemptions_**

Sheet __1__ of _____ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■□    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 68794261-0 COUNTRYWIDE PO BOX 650070 DALLAS, TX 75265 | | J | JANUARY, 2005 - MORTGAGE<br><br>VALUE $ | | | | $270,000.00 | $ |
| Account No. 423322288 AMERICREDIT PO BOX 78143 PHOENIX, AZ 85062 | | J | APRIL 2004- AUTO LOAN $15,500.00<br><br>VALUE $ | | | | $16,131.00 | $ |
| Account No.  , | | | VALUE $ | | | | $ | $ |
| Account No.  , | | | VALUE $ | | | | $ | $ |

| | | | |
|---|---|---|---|
| _2_ continuation sheets attached | | Subtotal ≻<br>(Total of this page) | $286,131.00 |
| | | Total ≻ | $286,131.00 |
| | | (Report total on Summary of Schedules) | |

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
Debtor

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■[X]      Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

■☐      **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■☐      **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4000* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

■☐      **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■☐      **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

■☐      **Deposits by individuals**

Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

■☐      **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐■☐      **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

■☐      **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).
*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■□ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5410 6547 7400 5414<br>CITI PLATINUM<br>PO BOX 688906<br>DES MOINES, IA 50360<br>PHONE: 800-950-5114 | | J | | | | | $28,790.07 |
| Account No. 5418 8740 5018 2339<br>CITI GOLD CARD<br>PO BOX 688906<br>DES MOINES, IA 50360<br>PHONE 800-950-5114 | | J | | | | | $428.67 |
| Account No. 54010992891573002<br>MBNA AMERICA<br>PO BOX 15137<br>WILMINGTON, DE 19886-5137<br>PHONE: 800-421-2110 | | J | | | | | $9,611.54 |
| Account No. 5418874050182339<br>CITIBANK<br>715 S. METROPOLITAN<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73214<br>PHONE: 800-248-2758 | | J | | | | | $12,946.76 |
| __5__ continuation sheets attached | | | | | Subtotal ➢<br>(Total of this page) | | $51,777.04 |

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                                    Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | | |
| Account No. 4185-8665-0220-6033<br>PROVIDIAN<br>PO BOX 99604<br>ARLINGTON, TX 76096<br>PHONE: 800-280-9441 | | | | | | | | $2,106.26 |
| Account No. 4325 157001987815<br>CHASE-BANK ONE<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE 198886-5153 | | | | | | | | $11,307.11 |
| Account No. 3715-703412-11007<br>AMERICAN EXPRESS<br>PO BOX 360001<br>FT. LAUDERDALE, FL 33336-0001 | | | | | | | | $699.83 |
| Account No. 0175924163322<br>SEARS<br>PO BOX 182149<br>COLUMBUS, OH 43218-2149<br>PHONE: 800-917-7700 | | | | | | | | $434.62 |
| Account No. 4352 37374 3411 8448 52<br>TARGET<br>PO BOX 59317<br>MINNEAPOLIS, MN 55459-0317<br>PHONE: 888-755-5856 | | | | | | | | $334.30 |

Sheet no. _1_ of _5_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)    $14,882.12

Case No. _____

In re_____KANIEWSKI, TOM & BEATA_____,
                        Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H / W / J / C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  357-813-047<br>PIER 1 IMPORTS<br>PO BOX 745011<br>CINCINNATTI, OH 45274-5011<br>PHONE 800-767-3662 | | | | | | | $129.44 |
| Account No.  3723-463083-61002<br>BLUE AMERICAN EXPRESS<br>PO BOX 360002<br>FT. LAUDERDALE, FL<br>33336-0002 | | | | | | | $2,353.61 |
| Account No.  4559-9067-1577-7368<br>PROVIDIAN<br>PO BOX 660433<br>DALLAS, TX 75266-0433 | | | | | | | $918.15 |
| Account No.  4888-6031-1409-2620<br>BANK OF AMERICA<br>PO BOX 1758<br>NEWARK, NJ 07101-1758 | | | | | | | $693.51 |
| Account No. 5183381240100810<br>CHASE MASTERDARD<br>PO BOX 15651<br>WIMINGTON, DE 19886-5651 | | | | | | | $2,210.54 |

Sheet no.  _2_ of _5_ continuation sheets attached to the Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)  $6,305.25

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                              Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  4104130004173755<br>CHASE CARDMEMBER SERVICES<br>PO BOX 94010<br>PALATINE, IL 60094-4010 | | | | | | | | $4,085.02 |
| Account No.  712811-517353<br>NORWOOD PARK FIRE DEPT.<br>395 W. LAKE STREET<br>ELMHURST, IL 60126<br>(RE: RUN # 106423)<br>PHONE 630-530-2988 | | | | | | | | $467.66 |
| Account No.  C0500200138<br>RESURRECTION MEDICAL CENTER<br>7435 W. TALCOT AVE.<br>CHICAGO, IL 60631<br>PHONE: 773-792-5015 | | | | | | | | $4,985.25 |
| Account No.  72272<br>WEISS PHYSICIANS, C/O M.L. MEDICAL BILLING CO.<br>4764 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>PHONE: 800-562-0640 | | | | | | | | $47.70 |
| Account No. 101070<br>DIAGNOSTIC RADIOLOGY, S.C.<br>1415 W. 55TH STREET, S 101<br>COUNTRYSIDE, IL 60525<br>PHONE: 708-579-1616 | | | | | | | | $181.00 |

Sheet no.  3  of  5  continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)  $9,766.63

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                                        Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5141-QSOSE<br>GEORGE SOSENKO<br>C/O KLO PROFESSIONAL BLDG.<br>777 OAKMONT LANE, SUITE 1600<br>WESTMONT, IL 60559 | | | | | | | $259.00 |
| Account No. 1473041<br>DIAGNOSTIC IMAGING ASSOC. LTD.<br>PO BOX 68<br>NORTHBROOK, IL 60065<br>PHONE: 847-412-9213 | | | | | | | $20.40 |
| Account No. G27764950<br>AC GOTTLIEB MEMORIAL HOSPITAL<br>701 W. NORTH AVENUE<br>MELROSE PARK, IL 60160<br>PHONE: 708-450-4902 | | | | | | | $66.87 |
| Account No. 30965016<br>SWEDISH COVENANT HOSPITAL<br>5145 NORTH CALIFORNIA AVE.<br>CHICAGO, IL 60625<br>PHONE: 773-989-3841 | | | | | | | $45.36 |
| Account No. 22678373-326-595<br>PROVIDIAN<br>PO BOX 99604<br>ARLINGTON, TX 76096<br>PHONE: 800-280-9441 | | | | | | | $1,316.89 |
| Account No. 214581<br>Verizon Wireless Chicago<br>Customer Service Department<br>777 Big Timber Road<br>Elgin, IL 60123 | | | | | | | $370.72 |

Sheet no. __4__ of __5__ continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$2,079.24

copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,

Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1138348<br>Leszek Ballarin<br>7045 W. Belmont Ave<br>Chicago, IL 60634 | | H | September, 2005-May, 2006<br>(medical treatment) | | | | $460.00 |
| Account No. 429425A<br>No. Illinois Emerg. & Occup Med Spec<br>For Gottlieb Memorial Hospital<br>33786 Treasury Center<br>Chicago, IL 60694 | | H | 01-03-06<br><br>(medical treatment, ER) | | | | $594.00 |
| Account No.0001613579<br>No. Illinois Emerg. & Occup Med Spec<br>For Gottlieb Memorial Hospital<br>33786 Treasury Center<br>Chicago, IL 60694 | | H | 07-01-06<br><br>(medical treatment, ER) | | | | $30.00 |
| Account No. G29257458<br>No. Illinois Emerg. & Occup Med Spec<br>For Gottlieb Memorial Hospital<br>33786 Treasury Center<br>Chicago, IL 60694 | | H | 07/14/06<br><br>(medical treatment, ER) | | | | $1,105.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to the Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ (Total of this page) | $2,189.00 |
| Total ➤ (Report on Summary of Schedules) | $86,999.28 |

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                           Debtor

# SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule
        of creditors.

■[X]  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

 

__//cs//__  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                          Debtor

# SCHEDULE H — CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■[X]      Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

__//cs//__  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

Best Case Bankruptcy

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
                              Debtor

# SCHEDULE I — CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| Married | NAMES<br>Tom Kaniewski<br>Aleksandra Kaniewska | | AGE<br>8<br>13 | RELATIONSHIP<br>Son<br>Daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Brick layer | Cleaning lady |
| Name of Employer | 1.  Professional Remodeling<br>2.  Illinois Masonry<br>3.  Meier Masonry, Inc. | Skyline Cleaning Group |
| How long employed | 1. 3 years<br>2. 5 years<br>3. 8 months | 1 year |
| Address of Employer | 1.  1229 GreenBay Rd. Wilmette, IL 60091<br>2.  200 Telser Rd., Lake Zurich, IL 60047<br>3.  6214 W. Peterson, Chicago, IL | 3434 N. Nagle Ave. Chicago, IL 60634 |

INCOME: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly)............. | $3,200.00 | $400.00 |
| Estimated monthly overtime ................................................................................................ | $0 | $ |
| SUBTOTAL.......................................................................................................................... | $3,200.00 | $400.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security ....................................................................................... | $ | $ |
| b. Insurance ......................................................................................................................... | $244.80 | $ |
| c. Union dues ....................................................................................................................... | $88.00 | $ |
| d. Other (Specify)  State tax _____ | $152.00 | $ |
| _____ | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS........................................................................ | $484.80 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY ..................................................................... | $2,715.20 | $400.00 |
| Regular income from operation of business or profession or farm (attach detailed statement).. | $ | $ |
| Income from real property ..................................................................................................... | $ | $ |
| Interest and dividends ........................................................................................................... | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above................................................................................................... | $ | $ |
| Social security or other government assistance (Specify) _____ | $<br>$ | $<br>$ |
| _____ | $ | $ |
| Pension or retirement income ............................................................................................... | $ | $ |
| Other monthly income (Specify) _____ | $ | $ |
| _____ | $ | $ |
| TOTAL MONTHLY INCOME | $2,715.20 | $400.00 |

TOTAL COMBINED MONTHLY INCOME     $3,115.20 _____     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Case No._____

In re_____KANIEWSKI, TOM & BEATA_____,
Debtor

# SCHEDULE J — CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

■☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $2,075.00 |
| Are real estate taxes included?     Yes_____     No  X_____ | |
| Is property insurance included?     Yes_____     No  X_____ | |
| Utilities:    Electricity and heating fuel | $300.00 |
|           Water and sewer | $70.00 |
|           Telephone | $180.00 |
|           Other_____ | $ |
| Home maintenance (repairs and upkeep) | $200.00 |
| Food | $1,200.00 |
| Clothing | $200.00 |
| Laundry and dry cleaning | $50.00 |
| Medical and dental expenses | $350.00 |
| Transportation (not including car payments) | $ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|           Homeowner's or renter's | $ |
|           Life | $ |
|           Health | $ |
|           Auto | $ |
|           Other_____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|           (Specify)_____ | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|           Auto | $425.00 |
|           Other_____ | $ |
|           Other_ | $ |
|           Other_ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other_____ | $ |
| Other_____ | $ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $5,050.00 |

*[FOR CHAPTER 12 AND 13 DEBTORS ONLY]*
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each _____ | $ |

(interval)

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re_____KANIEWSKI, TOM & BEATA_____,
                          Debtor

Case No._____

Chapter_____7_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of the this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

■[  ] None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2004: $50,911.02 (GROSS) | Illinois Masonry, Inc. |
| $23,478.00 (GROSS) | Professional Siding and Windows |
| 2005: $6,762.57 (GROSS) | Illinois Masonry, Inc. |
| $2,500.00 | Professional Siding and Windows |
| $6,683.29 | Midwest Masonry, Inc. |
| $9,102.00 | Sky Cleaning Service |
| 2006: $22,400.00 | Meier Masonry Service |

### 2. Income other than from employment or operation of business

■[X] None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

■[ ] None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 1. Countrywide<br>PO Box 650070<br>Dallas, TX 75265-0070 | 6-16-2006<br>7-14-2006 | $1,730.51<br>$1,730.51 | $182,501.74 |
| 2. Americredit<br>PO Box 183593<br>Arlington, TX 76096 | 6-28-06<br>7-28-06 | $424.36<br>$424.36 | $12,094.50 |

■[X] None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits, and administrative proceedings, executions, garnishments and attachments**

■[X] None   a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

■[X] None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

■[X] None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

■[X]    None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

,

■[X]    None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

,

**7. Gifts**

■[X] None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

,

**8. Losses**

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

■[X] None   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

■☐ None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SEGEL & SIEGEL 200 N. LASALLE STREET SUITE 2675 CHICAGO, IL 60601 | | $1,500.00 |

### 10. Other transfers

■[X] None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

■[X] None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

■[X] None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

■[X] None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

■[X] None   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

■[X] None   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*[An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.]*

#### 16. Nature, location and name of business

■[X] None   a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|

#### 17. Books, records and financial statements

■[X] None   a. List all bookkeepers and accountants who, within the **six years** immediately preceding the filing of this bankruptcy case, kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

■[X] None   b. List all firms or individuals who, within the **two years** immediately preceding the filing of this bankruptcy case, have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

■[X] None   c. List all firms or individuals who, at the time of the commencement of this case, were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

■[X] None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**18. Inventories**

■**[X]** None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

■**[X]** None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**19. Current Partners, Officers, Directors and Shareholders**

■**[X]** None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE AND PERCENTAGE OF INTEREST |
|---|---|

■**[X]** None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**20. Former partners, officers, directors and shareholders**

■**[X]** None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|

■**[X]** None  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| | | |

**21. Withdrawals from a partnership or distributions by a corporation**

■[X] None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and  any attachments thereto and that they are true and correct.

Date_____    Signature_____

Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. § 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re_____KANIEWSKI, TOM & BEATA_____,
                  Debtor

Case No._____

Chapter _____7_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

Description of Property                         Creditor's name

   *b.  Property to Be Retained.*                         *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524 (c) |
|---|---|---|---|---|
| Automobile- Mitsubishi | Account No. 423322288<br>AMERICREDIT<br>PO BOX 78143<br>PHOENIX, AZ 85062 | Exempt | | |
| Condominium (residence)<br>800 S. WELLS, UNIT 1352<br>CHICAGO, IL 60607 | Account No. 68794261-0<br>COUNTRYWIDE<br>PO BOX 650070<br>DALLAS, TX 75265 | Exempt | | |

Date_____

_____
               Signature of Debtor

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037

# United States Bankruptcy Court
### Northern District of Illinois

Case No._____

In re_____KANIEWSKI, TOM AND BEATA_____,
                        Debtor

Chapter _____7_____

## Verification of Creditor Matrix

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date_____          Signature_____
                                              Debtor

Copyright (c) 1996 - Best Case Solutions, Inc. - Evanston, IL - 1-800-492-8037          Best Case Bankruptcy

Case No. _____

In re _____ KANIEWSKI, TOM & BEATA _____,

Debtor

Chapter _____ 7 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C., § 329(A) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...................$_____1,500.00_____

Prior to the filing of this statement I have received.........$_____1,500.00_____

Balance Due......................................................$_____0.00_____

2.  The source of the compensation paid to me was:
    [X]   Debtor          ☐   Other (specify):

3.  The source of compensation to be paid to me is:
    ☐     Debtor          ☐   Other (specify):

4.  [X]   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s),the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:

_____
Signature of Attorney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  KANIEWSKI, TOMASZ and          )
KANIEWSKI (a/k/a Kaniewska), BEATA,    ) Chapter 7
                                        ) Bankruptcy Case No.
                                        )
                                        )
         Debtor(s)                      )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER              Date: _____
A.      To be completed in all cases.

     I (We) <u>TOMASZ KANIEWSKI</u> and <u>BEATA KANIEWSKI (a/k/a KANIEWSKA)</u> , the undersigned
debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we)
have given my (our)attorney, including correct social security number(s) and the information provided in the
electronically filed petition, statements, schedules, and  if applicable, application to pay filing fee in installments,  is
true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this
DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed
with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this
case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.      To be checked and applicable only if the petitioner is an individual (or individuals) whose
debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

     **[X]**    I (we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11
              United States Code; I(we) understand the relief available under each such chapter; I(we)
              choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership, or
limited liability entity.

     ☐    I declare under penalty of perjury that the information provided in this petition is true and
          correct and that I have been authorized to file this petition on behalf of the debtor.  The debtor
          requests relief in accordance with the chapter specified in the petition.

Signature: _____          Signature: _____
    (Debtor or Corporate Officer, Partner or Member)          (Joint Debtor)